| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Norgle, Charles R | 2. Court or Organization<br><br>USDC  ND  IL | 3. Date of Report<br><br>5/15/11 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U S D Judge N.D. IL Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/10 to<br><br>12/31/10 |
| 7. Chambers or Office Address<br><br>21 S Dearborn St<br>Chicago IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Adjunct faculty | Northwestern University School of Law |
| 2. Adjunct faculty | The John Marshall Law School (Chicago) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 MAY 16 A 10:18 FINANCIAL DISCLOSURE OFFICE

Norgle, Charles R.

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES R NORGLE | 5/15/11 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | | | INCOME (yours, not spouse's) |
|---|---|---|---|---|---|
| 1. | Northwestern U. Law School | 1/1/10 | 12/31/10 | | Gross $2,000 |
| 2. | The John Marshall Law School | 1/1/10 | 12/31/10 | | Gross 24,000 |
| 3. | | | | | |
| 4. | | | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | Elmhurst College p/t | 1/1/10 | 12/31/10 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R Norgle | 5/15/11 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[x] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Cards | consumer credit | J |
| 2. | Bank of America | consumer credit | J |
| 3. | Viti Bank Cards | consumer credit | J |
| 4. | | | |
| 5. | | | |

Name of Person Reporting

*CHARLES NORGLE*

Date of Report

*5-15-11*

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AA | | O | | T | BUY | 2/23/10 | J | | |
| 2. AA | | O | | T | " A | 2/24 | J | | |
| 3. AA | | O | | T | " A | 4-9 | J | | |
| 4. AA | | O | | T | " A | 4-9 | J | | |
| 5. AA | | O | | T | " A | 5-11 | J | | |
| 6. AA | | O | | T | " A | 5-20 | J | | |
| 7. AA | | O | | T | " A | 6-1 | K | | |
| 8. AA | | O | | T | " A | 6-17 | K | | |
| 9. AA | | O | | T | " A | 6-22 | K | | |
| 10. AA | | O | | T | " A | 6-24 | K | | |
| 11. AA | | O | | T | " A | 6-24 | J | | |
| 12. AA | | O | | T | " A | 7-6 | K | | |
| 13. AA | | O | | T | A | 7-6 | J | | |
| 14. AA | | O | | T | BUY A | 11-3 | J | | |
| 15. HRB | | O | | T | SELL P | 9-30 | J | A | |
| 16. HRB | | O | | T | SELL P | 10-8 | J | A | |
| 17. HRB | | O | | T | SOLD | 10-8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting: *CHARLES NORGLE*

Date of Report: *5-15-11*

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PFE | | O | | T | BUY A | 2-3 | K | | |
| 2. PFE | | O | | T | " A | 2-5 | O | | |
| 3. PFE | | O | | T | " A | 2-11 | J | | |
| 4. PFE | | O | | T | " A | 2-17 | J | | |
| 5. PFE | | O | | T | " A | 3-3 | K | | |
| 6. PFE | | O | | T | " A | 3-3 | O | | |
| 7. PFE | | O | | T | " A | 3-12 | J | | |
| 8. PFE | | O | | T | " A | 3-19 | J | | |
| 9. PFE | | O | | T | " A | 4-5 | K | | |
| 10. PFE | | O | | T | BUY A | 4-5 | J | | |
| 11. PMF | | O | | T | BUY | 6/16 | K | | |
| 12. ↓ | | O | | T | BUY A | 7-12 | K | | |
| 13. ↓ | | O | | T | " A | 7-12 | K | | |
| 14. ↓ | | O | | T | " A | 9-15 | J | | |
| 15. ↓ | | O | | T | " A | 10-12 | J | | |
| 16. X | | O | | T | BUY A | 10-19 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

CHARLES NORGLE

Date of Report

5/5/11

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BIDU | | O | | T | BUY A | 8-19 | J | | |
| 2. BIDU | | O | | T | " A | 8-23 | J | | |
| 3. BIDU | | O | | T | " A | 8-30 | J | | |
| 4. BIDU | | O | | T | " A | 10-6 | K | | |
| 5. BIDU | | O | | T | " A | 10-6 | K | | |
| 6. BIDU | | O | | T | " A | 10-20 | K | | |
| 7. BIDU | | O | | T | BUY A | 11-16 | J | | |
| 8. BP | | O | | T | BUY A | 3-24 | K | | |
| 9. BP | | O | | T | " A | 3-25 | J | | |
| 10. BP | | O | | T | " A | 6-22 | K | | |
| 11. BP | | O | | T | " A | 7-9 | J | | |
| 12. BP | | O | | T | " A | 7-9 | J | | |
| 13. BP | | O | | T | " A | 7-9 | J | | |
| 14. BP | | O | | T | " A | 7-9 | J | | |
| 15. BP | | O | | T | BUY A | 7-9 | J | | |
| 16. CTGLF | | O | | T | BUY A | 4-7 | J | | |
| 17. CTGLF | | O | | T | BUY A | 4-8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-11 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GSI | | O | | T | BUY | 1-18 | J | | |
| 2. GSI | | O | | T | BUY A | 11-18 | J | | |
| 3. HRB | | O | | T | BUY | 9-27 | J | | |
| 4. JPM | | O | | T | BUY A | 6-14 | K | | |
| 5. JPM | | O | | T | BUY A | 6-14 | J | | |
| 6. JPM | | O | | T | BUY A | 7-8 | K | | |
| 7. LGF | | O | | T | BUY A | 4-7 | J | | |
| 8. LGF | | O | | T | " A | 4-7 | J | | |
| 9. LGF | | O | | T | " A | 7-7 | J | | |
| 10. LGF | | O | | T | " A | 7-7 | J | | |
| 11. LGF | | O | | T | " A | 7-7 | J | | |
| 12. LGF | | O | | T | " A | 7-7 | J | | |
| 13. LGF | | O | | T | " A | 7-12 | K | | |
| 14. LGF | | O | | T | BUY A | 7-13 | J | | |
| 15. M | | O | | T | BUY | 1-5 | J | | |
| 16. M | | O | | T | BUY A | 2-1 | J | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

Name of Person Reporting

CHARLES NORGLE

Date of Report

5-15-11

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PFE | | O | | T | SELL P | 2-19 | K | B | |
| 2. PFE | | O | | T | SELL P | 3-23 | K | B | |
| 3. PFE | | O | | T | SELL P | 4-7 | K | B | |
| 4. PFE | | O | | T | SELL P | 5-10 | J | A | |
| 5. PFE | | O | | T | SELL P | 5-11 | J | A | |
| 6. PFE | | O | | T | SOLD | 5-20 | K | B | |
| 7. PMF | | O | | T | SELL P | 2-1 | K | B | |
| 8. PMF | | O | | T | SOLD | 6-17 | K | B | |
| 9. X | | O | | T | SELL P | 7-12 | K | B | |
| 10. X | | O | | T | SELL P | 7-12 | K | B | |
| 11. X | | O | | T | SELL P | 11-2 | J | A | |
| 12. X | | O | | T | SOLD | 11-2 | K | B | |
| 13. | | | | | | | | | |
| 14. PMF DIV | | A | | T | — | 2/1 | | A | DIV |
| 15. AA DIV | | A | | T | — | 5-25 | | A | DIV |
| 16. M DIV | | A | | T | — | 1-4 | | A | DIV |
| 17. PFE DIV | | A | | T | — | 6-1 | | A | DIV |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-11 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BIDU | | O | | T | SELL P | 9-23 | J | A | |
| 2. BIDU | | O | | T | SELL P | 10-5 | K | B | |
| 3. BIDU | | O | | T | SELL P | 10-18 | K | B | |
| 4. BIDU | | O | | T | SELL P | 10-m | J | A | |
| 5. BIDU | | O | | T | SELL P | 11-17 | J | A | |
| 6. BIDU | | O | | T | SELL P | 11-24 | J | A | |
| 7. BIDU | | O | | T | SOLD | 11-26 | J | A | |
| 8. BP | | O | | T | SELL P | 4-1 | K | B | |
| 9. BP | | O | | T | SELD P | 6-22 | K | B | |
| 10. BP | | O | | T | SELL P | 6-22 | J | B | |
| 11. BP | | O | | T | SOLD | 7-9 | K | B | |
| 12. CAS | | O | | T | SOLD | 2-1 | K | B | |
| 13. CSCO | | O | | T | SELL P | 6-11 | K | B | |
| 14. CSCO | | O | | T | SOLD | 11-23 | J | A | |
| 15. DB | | O | | T | SELL P | 9-10 | J | A | |
| 16. DB | | O | | T | SOLD | 11-29 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLE NORGLE | 5/15/11 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A A | | O | | T | SELL P | 3-2 | J | A | |
| 2. A A | | O | | T | SELL P | 5-7 | J | A | |
| 3. A A | | O | | T | SELL | 5-27 | J | A | |
| 4. A A | | O | | T | SELL | 6-10 | J | A | |
| 5. A A | | O | | T | SELL | 6-21 | J | A | |
| 6. A A | | O | | T | SELL | 6-23 | J | A | |
| 7. A A | | O | | T | SELL | 6-23 | J | A | |
| 8. A A | | O | | T | SELL | 6-30 | J | A | |
| 9. A A | | O | | T | SELL | 7-6 | J | A | |
| 10. A A | | O | | T | SELL | 7-7 | J | A | |
| 11. A A | | O | | T | SELL | 11-4 | J | A | |
| 12. X O M | | O | | T | SELL P | 9-1 | J | B | |
| 13. X O M | | O | | T | SELL P | 9-1 | J | B | |
| 14. C O M | | O | | T | SOLD | 9-1 | J | B | |
| 15. F | | O | | T | SOLD | 5-28 | K | B | |
| 16. J P M | | O | | T | SELL P | 6-15 | K | B | |
| 17. J P M | | O | | T | SOLD | 7-8 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-11 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CSCO | | O | | T | BUY A | 6-10 | K | R | |
| 2. CSCO | | O | | T | BUY A | 11-11 | J | T | |
| 3. CAS | | O | | T | BUY A | 2-1 | J | | |
| 4. CAS | | O | | T | BUY A | 2-1 | K | | |
| 5. DB | | O | | T | BUY A | 9-7 | K | | |
| 6. DB | | O | | T | " A | 9-9 | J | | |
| 7. DB | | O | | T | " A | 9-29 | J | | |
| 8. DB | | O | | T | " A | 11-1 | J | | |
| 9. DB | | O | | T | " A | 11-10 | J | | |
| 10. DB | | O | | T | BUY A | 11-22 | J | | |
| 11. MSFT DB | --- | O | | T | BUY A | 12-15 / 2-3 | K | | |
| 12. MSFT | | O | | T | A | 4-1 | K | | |
| 13. MSFT | | O | | T | BUY A | 7-9 | J | | |
| 14. NOK | | O | | T | BUY A | 4-8 | K | | |
| 15. XOM | | O | | T | BUY A | 8-19 | K | | |
| 16. XOM | | O | | T | A | 8-19 | J | | |
| 17. FORD | | O | | T | BUY A | 5-28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-11 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. LGF | | O | | T | SELL P | 4-8 | K | B | |
| 2. LGF | | O | | T | SELL P | 7-8 | K | B | |
| 3. LGF | | O | | T | SELL P | 7-13 | J | A | |
| 4. LGF | | O | | T | SELD P | 7-13 | K | B | |
| 5. LGF | | O | | T | SELL P | 7-13 | J | A | |
| 6. LGF | | O | | T | SOLD | 7-13 | J | A | |
| 7. M | | O | | T | SELL P | 1-29 | J | A | |
| 8. M | | O | | T | SOLD | 2-1 | J | A | |
| 9. MSFT | | O | | T | SELL P | 2-3 | K | B | |
| 10. MSFT | | O | | T | SELL P | 4-1 | J | A | |
| 11. MSFT | | O | | T | SELL | 4-1 | K | B | |
| 12. MSFT | | O | | T | SOLD | 7-12 | J | A | |
| 13. NOK | | O | | T | SOLD | 4-9 | K | B | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R Norgle | 5/15/11 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R Norgle | 5/15/11 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544